**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:25cr488-MHT** |
| ) | **(WO)** |
| **LLANIEL ISRAEL** ) | |
| **MARTINEZ-SILVA** ) | |

**ORDER**

For good cause shown, it is ORDERED that the government's motion for leave to file a notice of dismissal (Doc. 24) is granted.

DONE, this the 29th day of September, 2025.

                                           /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**