IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:25cr488-MHT
                            )            (WO)
LLANIEL ISRAEL             )
MARTINEZ-SILVA             )
```

ORDER

The government having dismissed the indictment against the defendant, *see* Notice of Dismissal (Doc. 27), it is ORDERED that defendant Llaniel Israel Martinez-Silva is discharged, and this case is closed.

DONE, this the 6th day of October, 2025.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE